Brian W. Carroll, Esq.
**McCARTER & ENGLISH, LLP**
250 West 55th St., 13th Floor
New York, NY 10019
212.609.6800
bcarroll@mccarter.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KADAR FORBES,<br><br>Plaintiff,<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 1:26-cv-5833 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF REMOVAL**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1. Experian is the only named Defendant in Case Index No. 005026/2026 filed on or about July 22, 2026 by Plaintiff Kadar Forbes ("Plaintiff") in the Civil Court of the City of New York, Queens County (the "State Court Action").

2. Experian was served on August 20, 2026.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, as required by 28 U.S.C. § 1446(b).

4. This Court is the proper district court for removal because the State Court Action is pending within this district, and Plaintiff's Complaint alleges that Plaintiff resides within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f). Upon information and belief, Equifax is also a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28

U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a)

8. Experian is the only Defendant. Thus, all defendants consent to removing the above-captioned action to this Court.

9. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: September 21, 2026
New York, NY

Respectfully Submitted,

**McCARTER & ENGLISH, LLP**

By: *s/ Brian W. Carroll*

Brian W. Carroll, Esq.
250 West 55th St., 13th Floor
New York, NY 10019
212.609.6800
bcarroll@mccarter.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 21, 2026, I electronically filed a copy of this Notice of Removal with the Clerk of the Court using the CM/ECF system and also caused to be served a copy of this document upon counsel of record via electronic mail and Federal Express at the following address:

Stuart D. Werbin, Esq.
Law Offices of Stuart Werbin
1620 Avenue I, Suite 119
Brooklyn, NY 11230
werbinlaw@gmail.com
*Attorney for Plaintiff*

*s/ Brian W. Carroll*
Brian W. Carroll, Esq.